**Exhibit 1**

**Copyright Registration**

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-429-660

**Effective Date of Registration:**
November 12, 2024
**Registration Decision Date:**
January 24, 2025

---

## Title

Title of Work: Bunny Hinge Head

## Completion/Publication

Year of Completion: 2024
Date of 1st Publication: January 15, 2024
Nation of 1st Publication: United States

## Author

- Author: Colette Sweeny
  Author Created: sculpture
  Citizen of: United States

## Copyright Claimant

Copyright Claimant: Colette Sweeny
11 Elm Street, Hicksville, NY, 11801, United States

## Certification

Name: Daniel Lachman
Date: November 12, 2024







# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-445-571

**Effective Date of Registration:**
November 12, 2024
**Registration Decision Date:**
May 15, 2025

---

## Title
_____

Title of Work: Cat Hinge Head

## Completion/Publication
_____

Year of Completion: 2024
Date of 1st Publication: January 30, 2024
Nation of 1st Publication: United States

## Author
_____

- Author: Colette Sweeny
  Author Created: sculpture
  Citizen of: United States

## Copyright Claimant
_____

Copyright Claimant: Colette Sweeny
11 Elm Street, Hicksville, NY, 11801, United States

## Certification
_____

Name: Daniel Lachman
Date: November 12, 2024

---







# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-445-625

**Effective Date of Registration:**
November 12, 2024
**Registration Decision Date:**
May 15, 2025

---

## Title

**Title of Work:** Dog Hinge Head

## Completion/Publication

**Year of Completion:** 2024
**Date of 1st Publication:** May 08, 2024
**Nation of 1st Publication:** United States

## Author

- **Author:** Colette Sweeny
  **Author Created:** sculpture
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Colette Sweeny
11 Elm Street, Hicksville, NY, 11801, United States

## Certification

**Name:** Daniel Lachman
**Date:** November 12, 2024







# Certificate of Registration





This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

**Registration Number**

## VA 2-445-626

**Effective Date of Registration:**
November 12, 2024
**Registration Decision Date:**
May 15, 2025

---

## Title
 

          **Title of Work:**   Dragon Hinge Head

## Completion/Publication
 

        **Year of Completion:**   2024
    **Date of 1st Publication:**   May 14, 2024
   **Nation of 1ˢᵗ Publication:**   United States

## Author
 

     &bull;     **Author:**   Colette Sweeny
    **Author Created:**   sculpture
        **Citizen of:**   United States

## Copyright Claimant
 

    **Copyright Claimant:**   Colette Sweeny
                     11 Elm Street, Hicksville, NY, 11801, United States

## Certification
 

              **Name:**   Daniel Lachman
                **Date:**   November 12, 2024







# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-445-326

**Effective Date of Registration:**
November 12, 2024
**Registration Decision Date:**
May 13, 2025

---

## Title

**Title of Work:**   Flower Hinge Head

## Completion/Publication

**Year of Completion:**   2024
**Date of 1st Publication:**   March 13, 2024
**Nation of 1ˢᵗ Publication:**   United States

## Author

- **Author:**   Colette Sweeny
  **Author Created:**   sculpture
  **Citizen of:**   United States

## Copyright Claimant

**Copyright Claimant:**   Colette Sweeny
11 Elm Street, Hicksville, NY, 11801, United States

## Certification

**Name:**   Daniel Lachman
**Date:**   November 12, 2024







# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



United States Register of Copyrights and Director

**Registration Number**

## VA 2-429-658

**Effective Date of Registration:**
November 12, 2024
**Registration Decision Date:**
January 24, 2025

---

## Title

**Title of Work:** Frog Hinge Head

## Completion/Publication

**Year of Completion:** 2024
**Date of 1st Publication:** April 28, 2024
**Nation of 1st Publication:** United States

## Author

- **Author:** Colette Sweeny
- **Author Created:** sculpture
- **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Colette Sweeny
11 Elm Street, Hicksville, NY, 11801, United States

## Certification

**Name:** Daniel Lachman
**Date:** November 12, 2024







# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-429-656

**Effective Date of Registration:**
November 12, 2024
**Registration Decision Date:**
January 24, 2025

## Title

**Title of Work:** Gnome Hinge Head

## Completion/Publication

**Year of Completion:** 2024
**Date of 1st Publication:** January 22, 2024
**Nation of 1st Publication:** United States

## Author

- **Author:** Colette Sweeny
  **Author Created:** sculpture
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Colette Sweeny
11 Elm Street, Hicksville, NY, 11801, United States

## Certification

**Name:** Daniel Lachman
**Date:** November 12, 2024







# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-445-252

**Effective Date of Registration:**
November 12, 2024
**Registration Decision Date:**
May 13, 2025

---

## Title
 

**Title of Work:** Mushroom Hinge Head

## Completion/Publication
 

**Year of Completion:** 2024
**Date of 1st Publication:** January 02, 2024
**Nation of 1st Publication:** United States

## Author
 

- **Author:** Colette Sweeny
**Author Created:** sculpture
**Citizen of:** United States

## Copyright Claimant
 

**Copyright Claimant:** Colette Sweeny
11 Elm Street, Hicksville, NY, 11801, United States

## Certification
 

**Name:** Daniel Lachman
**Date:** November 12, 2024







# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-445-442

**Effective Date of Registration:**
November 12, 2024
**Registration Decision Date:**
May 14, 2025

## Title
_____

Title of Work: Plant Hinge Head

## Completion/Publication
_____

Year of Completion: 2024
Date of 1st Publication: April 06, 2024
Nation of 1st Publication: United States

## Author
_____

- Author: Colette Sweeny
Author Created: sculpture
Citizen of: United States

## Copyright Claimant
_____

Copyright Claimant: Colette Sweeny
11 Elm Street, Hicksville, NY, 11801, United States

## Certification
_____

Name: Daniel Lachman
Date: November 12, 2024







# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-445-627

**Effective Date of Registration:**
November 12, 2024
**Registration Decision Date:**
May 15, 2025

---

## Title

**Title of Work:** Snail Hinge Head

## Completion/Publication

**Year of Completion:** 2024
**Date of 1st Publication:** March 16, 2024
**Nation of 1st Publication:** United States

## Author

- **Author:** Colette Sweeny
  **Author Created:** sculpture
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Colette Sweeny
11 Elm Street, Hicksville, NY, 11801, United States

## Certification

**Name:** Daniel Lachman
**Date:** November 12, 2024





