### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| Colette Sweeny ) | |
| ) | Case No. 25-cv-6901 |
| v. ) | |
| ) | Judge: Hon. Sharon Johnson Coleman |
| THE PARTNERSHIPS and ) | |
| UNINCORPORATED ASSOCIATIONS ) | Magistrate: Hon. Young B. Kim |
| IDENTIFIED ON SCHEDULE "A" ) | |
| ) | |

**Voluntary Dismissal**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the undersigned counsel for Plaintiff hereby notify this Court that the Plaintiff, Colette Sweeny, voluntarily dismiss any and all claims against all remaining Defendants. This terminates the case.

Dated: September 22, 2025          Respectfully submitted,

                                        By:      s/David Gulbransen/
                                                David Gulbransen
                                                Attorney of Record

                                                David Gulbransen (#6296646)
                                                Law Office of David Gulbransen
                                                805 Lake Street, Suite 172
                                                Oak Park, IL 60302
                                                (312) 361-0825 p.
                                                (312) 873-4377 f.
                                                david@gulbransenlaw.com